UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

RONNIE T. BAKER,

    Plaintiff,

v.                                                           No.:   3:11-cv-562
                                                                             (VARLAN/SHIRLEY)
VICKI MAHONY,
PATRICIA REDMAN,
DR. HARRIS,
LINDA TATE, and
WARDEN DAVID MILLS,

    Defendants.

**MEMORANDUM AND ORDER**

This is a *pro se* prisoner's civil rights action under 42 U.S.C. § 1983. The Clerk is **DIRECTED** to send the plaintiff a service packet (a blank summons and USM 285 form) for each defendant named in this action. The plaintiff is **ORDERED** to complete the service packets and return them to the Clerk's Office within twenty (20) days of the date of receipt of this Memorandum and Order. At that time the summonses will be signed and sealed by the Clerk and forwarded to the U.S. Marshal for service. Fed. R. Civ. P. 4. The plaintiff is forewarned that failure to return the completed service packets within the time required could jeopardize his prosecution of this action.

Defendants shall answer or otherwise respond to the complaint within twenty (20) days from the date of service. Defendants' failure to timely respond to the complaint may result in entry of judgment by default against defendant.

**E N T E R :**

s/ Thomas A. Varlan<br>
UNITED STATES DISTRICT JUDGE